UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL TONNEMACHER and KATHLEEN TONNEMACHER,<br><br>    Plaintiffs,<br><br> v.<br><br>STATE OF CALIFORNIA; STATE OF IDAHO; STATE OF WASHINGTON; COUNTY OF KITTITAS, WASHINGTON; COUNTY OF BONNER, IDAHO; COUNTY OF PLACER, CALIFORNIA; US SOCIAL SECURITY; APPLE HEALTH; WASHINGTON SUPERIOR COURT, ELLENSBURG; PRESTIGE-POST ACUTE CARE; PRUDENTIAL INSURANCE; and DOES ONE THRU 20, US CITIZENS AS INDIVIDUALS,<br><br>    Defendants. | NO. 1:19-CV-3209-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiffs' Response to Clerk's Notice & Request for Hearing or Decision (ECF No. 3). The Court has reviewed the record and files

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

herein, and is fully informed. For the reasons discussed below, this action is dismissed without prejudice.

## BACKGROUND

On September 9, 2019, Plaintiffs Daniel Tonnemacher and Kathleen Tonnemacher, proceeding *pro se*, filed what is construed as a civil complaint. ECF No. 1. No accompanying filing fee or in forma pauperis application was filed. On September 9, 2019, the Clerk of Court sent Plaintiffs a Notice of Deficient Filing explaining that the

> failure to pay the prescribed Civil Complaint filing fee, OR in lieu of payment of the filing fee, to file the appropriate Application to Proceed In Forma Pauperis (IFP) by 9/23/2019, may subject this case to dismissal by the Court without further notice or opportunity for hearing.

ECF No. 2.

On September 24, 2019, Plaintiffs filed a Response to Clerk's Notice, without signature. ECF No. 3. Plaintiffs responded, inter alia, "Tonnemachers will not pay any money for access. . . Tonnemachers have already [f]iled IFP papers." *Id*. at 1.

No IFP papers have been filed in this proceeding. The Tonnemachers filed for and were granted in forma pauperis status in 2017 in case number 1:17-CV-3053-TOR. That case was eventually dismissed and IFP status revoked for failure to state a claim. The Court allowed the Tonnemachers to amend the complaint,

extended the time within which to do so, but no amendment to the complaint was ever filed. The Tonnemachers appealed that decision to the Ninth Circuit. The Ninth Circuit denied their motion to proceed in forma pauperis and dismissed the appeal as frivolous.

Additionally, the Tonnemachers filed an in forma pauperis application in case number 1:18-CV-3002-TOR. The application was not properly completed and the Tonnemachers were granted additional time within which to submit a properly completed application. A second application was submitted, but it too was not completed properly. Consequently, in forma pauperis status was not granted and the file was closed.

Parties filing actions in the United States District Court are required to pay filing fees. 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only upon granting of in forma pauperis status. *See* 28 U.S.C. § 1915. Failure to pay the statutory filing fee will result in dismissal of these actions without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (district court has authority to dismiss without prejudice prisoner complaint for failure to pay partial filing fee); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992) (affirming dismissal of appeal of pro se litigant for failure to pay required filing fees).

Here, Plaintiffs affirmatively refuse to pay the filing fee required to commence a civil action; and have not submitted a properly completed Application to Proceed In Forma Pauperis. Therefore, the case must be dismissed pursuant to 28 U.S.C. § 1914(a), without prejudice.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

This action is DISMISSED without prejudice for failing to pay the filing fee or file a properly completed Application to Proceed In Forma Pauperis pursuant to 28 U.S.C. §§ 1914(a) and 1915(a).

The District Court Executive is directed to enter this Order, enter judgment accordingly, furnish copies to Plaintiffs, and **CLOSE** the file.

**DATED** October 31, 2019.



THOMAS O. RICE
Chief United States District Judge