# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DANIEL TONNEMACHER and KATHLEEN TONNEMACHER,<br>*Plaintiff*<br>v.<br><br>STATE OF CALIFORNIA, et al.,<br>*Defendant* | )<br>)<br>)  Civil Action No.  1:19-CV-3209-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  All claims and causes of action in this matter are DISMISSED without prejudice.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  for failure to pay the filing fee or file a properly completed Application to Proceed In Forma Pauperis pursuant to 28 U.S.C. §§ 1914(a) and 1915(a).


Date:  October 31, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen